**DISMISS and Opinion Filed July 15, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00636-CV**

**ZAVIERN ESTINICHO THOMAS, Appellant**
**V.**
**ROBERT ELIZONDO, FELLER TOWING & RECOVERY, LLC, RADE UTILITY CONSTRUCTION, INC, BRIAN FELLER, AND RADE CONSTRUCTION, INC., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-08289**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Reichek

On June 18, 2024, we sent a letter to the parties questioning our jurisdiction over this appeal because it appears the complained-of judgment is not final or otherwise appealable. We directed appellant to file a letter brief addressing our jurisdictional concern no later than June 28, 2024. We expressly cautioned appellant that failure to do so might result in the dismissal of the appeal without further notice. To date, appellant has not filed a letter brief nor further corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 42.3(b), (c).


                                        /Amanda L. Reichek/
                                        AMANDA L. REICHEK
240636F.P05                             JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ZAVIERN ESTINICHO THOMAS,
Appellant

No. 05-24-00636-CV        V.

ROBERT ELIZONDO, FELLER
TOWING & RECOVERY, LLC,
RADE UTILITY CONSTRUCTION,
INC, BRIAN FELLER, AND RADE
CONSTRUCTION, INC., Appellees

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-23-08289.
Opinion delivered by Justice
Reichek. Justices Goldstein and
Garcia participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered July 15, 2024